**Claims Chart Comparison between U.S. Des. 562,253**
**and**
**Design Sold by Arjan Impex (India)**
**(V # 1007765) (Item # BGHBR-130) (Peerless Pet premium bowl with rubber base)**

| Des. 565,253 | Accused Infringing Product |
|---|---|
| Perspective view of a pet feeder with non-skid lower surface | |

 

Fig. 1

Front elevational view

 

Fig. 2

Claims Chart Comparison between U.S. Des. 562,253
and
Design Sold by Arjan Impex (India)
(V # 1007765) (Item # BGHBR-130) (Peerless Pet premium bowl with rubber base)

| Des. 565,253 | Accused Infringing Product |
|---|---|

Top Plan View


Fig. 3



Bottom Plan View


Fig. 4

